**IT IS ORDERED as set forth below:**



Date:  December 10, 2014

_____

**W. Homer Drake**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JEFFREY A. MARTIN ) | Chapter 7 |
| ) | Case No. 14-11743-whd |
| ) | |
| Debtor. ) | |
| _____) | |

## ORDER GRANTING MOTION TO COMPEL

Upon consideration of the Motion of RES-GA TWO, LLC ("RES-GA") to Compel Production of Documents from Jeffrey A. Martin and Martin Financial, LLC (the "Motion," Doc. No. 31), and argument of counsel at a hearing held on December 3, 2014, RES-GA's Motion is HEREBY GRANTED and,

-1-

IT IS HEREBY ORDERED that Jeffrey A. Martin and Martin Financial, LLC are ordered to produce to counsel for RES-GA all documents requested in or responsive to RES-GA's 2004 Motion (Doc. No. 16) on or before January 10, 2015.

**[END OF DOCUMENT]**

**Prepared and presented by:**

/s/ Lisa Wolgast
Lisa Wolgast, Georgia Bar No. 773399
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Rd., N.E., Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
lwolgast@mmmlaw.com
*Counsel for RES-GA Two, LLC*

**Approved as to form:**

/s/ David W. Gordon (w/ permission by L. Wolgast)
David W. Gordon, Georgia Bar No. 726483
Macey, Wilensky & Hennings LLC
Suite 4420
303 Peachtree Street, NE
Atlanta, GA 30308
*Attorney for Debtor*

## DISTRIBUTION LIST:

**Griffin E. Howell III**
127 ½ East Solomon Street
PO Box 551
Griffin, GA 30224

**William A. Rountree**
**David W. Gordon**
Macey, Wilensky & Hennings LLC
Suite 4420
303 Peachtree Street, NE
Atlanta, GA 30308

**Mr. Jeffrey A. Martin**
P.O. Box 457
Lovejoy, GA 30250

**R. Jeneane Treace**
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

**Ron C. Bingham, II**
Stites & Harbison, PPLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, GA 30308

**David M. Wolfson**
1010 Williams Street
Valodsta, GA 31601

**Lisa Wolgast**
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30324